Alfred KUMMLI and Klara Kummli, Appellants,

v.

Ralph R. STEVENSON, Appellee.

No. 3756.

District of Columbia Court of Appeals.

Argued Sept. 20, 1965.

Decided Nov. 5, 1965.

---

Michael A. Schuchat, Washington, D. C., for appellants.

Samuel Intrater, Washington D. C., with whom Albert Brick, Washington D. C., was on the brief, for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM:

The issue in this case was whether certain money advanced by appellants over a period of time for the benefit of a now insolvent corporation was payment towards the purchase of an interest in the corporation, or was a personal loan to appellee, the controlling stockholder of the corporation. This issue of fact, on conflicting evidence, was determined against appellants, and we find no legal basis for overturning that determination.

Affirmed.